Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ROSSONI, | Case No. 3:20-cv-07070-JD |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** [PROPOSED] **ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Hon. James Donato |
| Defendant. | Complaint Filed: October 9, 2020 |

IT IS HEREBY STIPULATED, by and between Plaintiff MICHELLE ROSSONI and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq.* of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

**IT IS SO STIPULATED**.

Dated: March 22, 2021         Glenn R. Kantor
                              Zoya Yarnykh
                              KANTOR & KANTOR, LLP


                              By:    /s/ Glenn R. Kantor
                                     Glenn R. Kantor
                                     Attorneys for Plaintiff
                                     MICHELLE ROSSONI


Dated: March 22, 2021         Nicole Y. Blohm
                              Kristin Kyle de Bautista
                              MESERVE, MUMPER & HUGHES LLP


                              By:    /s/ Kristin Kyle de Bautista
                                     Kristin Kyle de Bautista
                                     Attorneys for Defendant
                                     LIFE INSURANCE COMPANY OF
                                     NORTH AMERICA

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:20-cv-07070-JD, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: March 23, 2021         _____
                              [Signature: Judge James Donato]
                              United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

176493.1

2

Case No. 3:20-cv-07070-JD
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER